# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Sean Morgan     Cr.: 22-00554-001
PACTS #: 7383011

Name of Sentencing Judicial Officer:    THE HONORABLE BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/20/2022

Original Offense:    Count One: Conspiracy to Distribute Fentanyl and Cocaine Base 21 U.S.C. § 846 [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)] - a Class C Felony
Count Two: Distribution and Possession with Intent to Distribute Fentanyl 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) - a Class C Felony

Original Sentence: 1 day imprisonment, 3 years supervised release

Special Conditions: Special Assessment, Alcohol Restrictions, Alcohol Treatment, Substance Abuse Testing, Drug Treatment, Gang Associate/Member, Gang Restriction Court Ordered, Place Restriction Area, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Other Condition

Type of Supervision: Supervised Release     Date Supervision Commenced: 12/20/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'**<br><br>On May 30, 2023, Mr. Morgan submitted a urinalysis sample that tested positive for cannabinoids (marijuana) |

U.S. Probation Officer Action:

Mr. Morgan is aware of his drug addiction and is willing to seek assistance for it. The probation office will refer Mr. Morgan for substance abuse treatment. At this time, no Court action is recommended. The probation officer will continue to test Mr. Morgan for illicit substances. Our office will continue to monitor Mr. Morgan's compliance closely and notify the Court should any additional instances of non-compliance arise.

Prob 12 A – page 2
Sean Morgan

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   RICHARD J. PASTRANA
U.S. Probation Officer

/ rjp

APPROVED:

_____   05/30/2023
KEVIN M. VILLA                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

May 31, 2023
_____
Date